# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| KYLE E. PINNEY, CHARLES V. FARNSWORTH, JOE A. MATA, AND LAWRENCE D. FILLION,<br>*Plaintiff*<br>v.<br>DONALD HOLBROOK,<br>*Defendant* | ) ) ) ) ) ) | Civil Action No.  4:16-CV-5044-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Petitioners' request for class certification is DENIED.
The Petition (ECF No. 4) is DISMISSED without prejudice.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  for failure to state a claim upon which relief may be granted.

Date:  May 2, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen